In the Matter of the Application of JOHN McCALL et al., Respondents, *v.* THE VILLIAGE OF SARATOGA SPRINGS, Appellant.

(Argued June 16, 1890; decided June 24, 1890.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made February 14, 1890, which affirmed an order of Special Term appointing

commissioners to appraise the damages to lands and buildings of the petitioners caused by the change and alteration of the grade of certain streets in the village of Saratoga Springs.

*L. B. Pike* for appellant.

*William H. McCall* for respondents.

Agree to affirm on opinion below.
All concur.
Order affirmed.